**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL NECA-IBEW LABOR- | 8:22-CV-01829-JVS-DFM<br><br>ASSIGNED TO THE HONORABLE JAMES V. SELNA<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. Proc. 55(b)(2)] |

| | |
|---|---|
| MANAGEMENT COOPERATION COMMITTEE TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; NATIONAL ELECTRICAL INDUSTRY FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>RBT ELECTRIC, INC., a California corporation, and RYAN BERNARD TITTSWORTH, and individual,<br><br>        Defendant. | |

The motion for default judgment by Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, National Electrical Industry Fund, Los Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA Administrative Corporation (collectively "Trustees") was filed on January 31, 2023, and was heard on March 6, 2023, in the above-referenced Court, the Honorable James

V. Selna, United States District Judge, presiding. After full consideration of the evidence and the authorities submitted by counsel:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(A)   Trustees shall recover from RBT Electric, Inc. and Ryan Bernard Tittsworth, jointly and severally, the principal amount of $186,300.02, attorneys' fees of $25,930.33, and costs of $572.74, plus post judgment interest as provided by law (4.70%) from the date of entry of judgment herein until the date the judgment is paid in full.

(B)   Trustees shall recover from RBT Electric, Inc. the principal amount of $1,166,878.93 (including $841,535.63 for fringe benefit contributions, $69,595.13 for pre-judgment interest, and $255,748.17 for liquidated damages), plus post-judgment interest as provided by law (4.70%) from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: May 05, 2023

_____
UNITED STATES DISTRICT JUDGE

JUDGMENT

1701806