JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; NATIONAL ELECTRICAL INDUSTRY FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION; and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION, | CASE NO.: 8:22-cv-01829-JVS-DFM<br><br>**JUDGMENT [81]** |

        Plaintiffs,

  vs.

| | |
|---|---|
| 1 | RBT ELECTRIC, INC., a California corporation; and RYAN BERNARD TITTSWORTH, an individual, |
| 2 | |
| 3 | Defendants. |

This action having been commenced on October 6, 2022, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against RBT Electric, Inc., a California corporation; and Ryan Bernard Tittsworth, an individual; jointly and severally, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, National Electrical Industry Fund, Los Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA Administrative Corporation, shall recover from RBT Electric, Inc., a California corporation, and Ryan Bernard Tittsworth, an individual, jointly and severally, the principal amount of $1,785,419.84, plus interest calculated at 8% per annum from April 15, 2024, until paid in full.

Dated: July 01, 2024

_____
United States District Judge